UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

                                          Case No. 4:23-cv-11560
                                          Hon. F. Kay Behm

        Plaintiff,

v.

WILLIAM BEAUMONT HOSPITAL
d/b/a BEAUMONT HEALTH SYSTEM,

        Defendant.

                                                       /

## **CONSENT DECREE**

The Equal Employment Opportunity Commission (the "EEOC" or the "Commission") commenced this action against the Defendant, William Beaumont Hospital ("Beaumont"), pursuant to Title I of the Americans with Disabilities Act (ADA) of 1990 and Title I of the Civil Rights Act of 1991 alleging that Beaumont failed to provide the Charging Party, Megan Shefke, with a reasonable accommodation for her disability. Beaumont (now Corewell Health East) denies that it has violated the ADA.

It is the intent of the parties that this Consent Decree shall be a final and binding settlement in full disposition of all claims raised in the

complaint filed by the Commission in Case No. 4:23-cv-11560. It is therefore the finding of this Court, made on the pleadings and record as a whole, that: 1) the Court has jurisdiction over the parties and subject of this action; 2) the purpose and provisions of the ADA will be promoted and effectuated by entry of this Consent Decree; and 3) this Consent Decree resolves all issues raised by the Commission's complaint in this case as provided below. Therefore, it is hereby ORDERED, ADJUDGED and DECREED:

## **MONETARY RELIEF**

1. Beaumont (now Corewell Health East) shall pay Megan Shefke the total sum of $30,000 in non-economic, compensatory damages. Beaumont (now Corewell Health East) shall issue a 1099-MISC to Shefke in the ordinary course of business. Beaumont (now Corewell Health East) will not withhold any amounts from this payment. This payment shall be mailed to Megan Shefke at the address provided by counsel for the Commission. A copy of the check shall be sent via email to monitoring-eeoc-indo@eeoc.gov.

## **NON-DISCRIMINATION AND RETALIATION**

2. In the event an employee with a disability requires a transfer as an accommodation, Beaumont (now Corewell Health East) shall comply with its Accommodations Policy, which contains guidelines for engaging in the

interactive process.

3.      Beaumont (now Corewell Health East) shall not retaliate against any employee because s/he: (i) opposes discriminatory practices made unlawful by the ADA; (ii) files a charge of discrimination or assists or participates in the filing of such a charge; or (iii) assists or participates in an investigation or proceeding brought under the ADA prohibiting discrimination or retaliation.

## TRAINING

4.      Within ninety (90) days after this Decree has been entered by the Court and thereafter on an annual basis for the duration of this Decree, Beaumont (now Corewell Health East) shall provide mandatory training on disability discrimination under the ADA to human resources team members and Talent Attraction staff serving the Wayne hospital. The training shall be interactive and in person or through Microsoft Teams.

5.      The training will include an overview of the provisions of the ADA and focus on the employer's duty to provide reasonable accommodations to qualified individuals with disabilities, as well as various types of accommodations, such as reassignments to vacant positions.

6.      Within sixty (60) days after each training program, Beaumont (now Corewell Health East) will certify to the Commission that the training in

paragraphs 4 and 5 has occurred. This information shall be sent via email to monitoring-eeoc-indo@eeoc.gov.

## NOTICE POSTING

7.      Beaumont (now Corewell Health East) shall post the Notice attached as Attachment A in a conspicuous place where personnel notices are posted at the Wayne hospital. Written confirmation that the Notice has been posted, including a description of where the Notice has been placed, shall be sent via email to monitoring-eeoc-indo@eeoc.gov. This Notice shall be posted throughout the term of this Consent Decree. Should the Notice become defaced, marred, or otherwise made unreadable, Beaumont (now Corewell Health East) will post a readable copy of the Notice in the same manner as soon as practicable.

## REPORTING

8.      Within sixty (60) days of the entry of this Consent Decree, Beaumont (now Corewell Health East) shall provide written verification that it has posted the Notice attached as Attachment A as required in paragraph 7 above.

9.      For the duration of this Consent Decree, Beaumont (now Corewell Health East) shall maintain a record of each employee at the Wayne hospital who has requested a transfer to an open position as a reasonable

accommodation for a disability pursuant to the policy applicable to reasonable accommodations and the reassignment process. The record shall include each employee's name, job title and department. This record shall also include how Beaumont (now Corewell Health East) resolved the employee's request. Within six months of entry of this Consent Decree, Beaumont (now Corewell Health East) shall provide the Commission with a copy of this record for each such employee. Beaumont (now Corewell Health East) shall continue to provide a copy of this record every six months for the duration of the Consent Decree. If no employee has made a qualifying request for an accommodation during any of the semi-annual reporting periods, Beaumont (now Corewell Health East) shall indicate this to the Commission in affidavit form. The records or affidavits shall be sent via email to monitoring-eeoc-indo@eeoc.gov.

## **DISPUTE RESOLUTION AND COMPLIANCE**

10.    The Court shall retain jurisdiction and will have all available equitable powers, including injunctive relief, to enforce this Consent Decree. Upon motion of the Commission, the Court may schedule a hearing for the purpose of considering allegations of non-compliance with this Consent Decree. The parties shall engage in a good-faith effort to resolve any dispute as to compliance prior to seeking review by the Court.

11.     The Commission may review compliance with this Decree. As part of such review, the Commission may examine Beaumont's (now Corewell Health East's) documents which are relevant to the Commission's allegations of non-compliance. Beaumont (now Corewell Health East) shall permit inspection upon notice from the Commission of not less than twenty-eight (28) days. In the event the Court determines that Beaumont (now Corewell Health East) has not complied, the Court may order appropriate relief including an extension of the Decree for the time necessary to remedy non-compliance, and an award of attorney's fees and costs.

## DURATION

12.     This Consent Decree shall expire in eighteen (18) months without further action by the Parties.

## MISCELLANEOUS

13.     Except as otherwise provided, each party shall bear its own costs and attorney's fees incurred in this civil action.

14.     If any provision of this Consent Decree is found to be unenforceable by a Court, only the specific provision in question shall be affected and the other enforceable provisions shall remain in full force.

15.     The terms of this Consent Decree are and shall be binding on Corewell Health East and its successors.

16.     In the event this Consent Decree is still pending and a third-party acquires at least fifty (50%) percent of Corewell Health East's assets or the Wayne hospital, Corewell Health East shall, no later than twenty-eight (28) days prior to the closing of the acquisition, provide written notice of the following to the potential purchaser: the Commission's Complaint in this matter and the Consent Decree. Corewell Health East shall also give notice to the EEOC that it has provided the information required by this section to a potential purchaser.

17.     Any modifications to this Consent Decree must be approved by the Court.

18.     This Consent Decree constitutes a final judgment and closes the case, provided that the Court shall retain jurisdiction of this case through the term of the Consent Decree.

IT IS SO ORDERED.

Date: February 12, 2026                    s/F. Kay Behm
                                           F. Kay Behm
                                           United States District Judge

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Catherine L. Eschbach, Acting General Counsel
Christopher Lage, Deputy General Counsel
Gwendolyn Young Reams, Associate General Counsel
131 M Street, N.E.
Washington, D.C. 20507


____/s/ Kenneth Bird_____
Kenneth Bird, Regional Attorney
Omar Weaver, Associate Regional Attorney
Dale Price, Senior Trial Attorney
Detroit Field Office
477 Michigan Ave., Room 865
Detroit, Michigan 48226

Date: February 12, 2026


COREWELL HEALTH EAST


By:   s/ Ellen E. Hoeppner
      Ellen E. Hoeppner

Its:  Vice President of Team Member, Labor Relations, and Deputy General
      Counsel, Employment & Labor Law

CLARK HILL PLC

By:   s/ David M. Cessante
David M. Cessante (P58796)
Attorneys for Defendant

Date: February 12, 2026

## ATTACHMENT A

## NOTICE TO ALL EMPLOYEES

Pursuant to the Americans with Disabilities Act, it is unlawful for an employer to discriminate against an employee in connection with job application procedures, hiring, firing, advancement, compensation, job training, and other terms, conditions, and privileges of employment because the employee is disabled, is regarded as being disabled, or has a record of disability. The Americans with Disabilities Act requires that an employer provide reasonable accommodations to the known disabilities of its employees.

Under the Americans with Disabilities Act, an employee may be entitled to a transfer to an open position as a reasonable accommodation for a disability.

Any employee who believes that s/he has been wrongfully denied a reasonable accommodation may contact the EEOC. In addition, any employee who believes that s/he has suffered discrimination on the basis of race, color, religion, sex, pregnancy, national origin, age, disability, or genetic information, or has been retaliated against because s/he has engaged in activity protected by these laws has the right to contact the EEOC directly at 1-800-669-4000. In compliance with federal law, Beaumont will not retaliate against an employee who makes an internal complaint of discrimination or who contacts the EEOC or its state counterpart, the Michigan Department of Civil Rights.

COREWELL HEALTH EAST

By: _____     Date: _____

**This Notice shall remain posted for the term of eighteen months from the date of signature.**

Questions concerning this notice may be addressed to:
Equal Employment Opportunity Commission
115 W. Washington St.
South Tower Suite 600
Indianapolis, IN 46204
Telephone: (800) 669-4000 - TDD (800) 669-6820

9 of 9